UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Sharon Mitchell
                Plaintiff,

v.                                        Case No.: 1:14–cv–03457
                                                          Honorable John Robert Blakey

City Of Elgin, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

      MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying order, Defendants' motion to dismiss [131] is granted, and Plaintiff's Fourth Amendment claim is dismissed with prejudice. Any pending dates and deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.